UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURALIE WARNER,

                Plaintiff,

-v-

ASHFIELD HEALTHCARE, LLC,

                Defendant.

21-CV-6209 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*. The Clerk of Court is directed to mail a copy of this order to the plaintiff and to close the motion at Docket Number 18.

    SO ORDERED.

Dated: June 10, 2022
       New York, New York

                                          _____
                                              J. PAUL OETKEN
                                            United States District Judge